IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the ALLEGHENY COUNTY HEALTH DEPARTMENT,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES STEEL CORPORATION,<br><br>    Defendant. | Civil Action No. 2:22-cv-00729-CRE |

## UNOPPOSED MOTION TO ENTER CONSENT DECREE

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency, respectfully moves this Court to approve as a final judgment the Consent Decree lodged on May 17, 2022 (ECF No. 4-1). The Decree resolves the claims against United States Steel Corporation ("USS") for its alleged violations of the Clean Air Act ("CAA") at the Edgar Thomson Steel Plant in Braddock, Pennsylvania.

As explained in the accompanying Memorandum in Support, the Decree should be entered because it is fair, adequate, and reasonable, and consistent with the goals of the Act. The Decree was reached after careful and informed assessment of the merits, costs, risks, and delays that litigation would entail. It will enhance CAA compliance at the Edgar Thomson facility and commits USS to pay a $1,500,000 civil penalty. All parties consent to this motion. *See* Consent Decree ¶ 121.

In accordance with 28 C.F.R. § 50.7, the United States sought public comment on the Decree by publishing a notice in the Federal Register. *See* 87 Fed. Reg. 31,582 (May 24, 2022).

1

As discussed in the accompanying Memorandum in Support, the comments received do not provide a basis for the United States to withdraw its consent or for the Court to disapprove the settlement. Plaintiff United States of America therefore asks this Court to grant this motion and sign and enter the Consent Decree. A place for the Court's signature appears on page 61 of the Consent Decree.

    Respectfully submitted,

    */s/ Devon Ahearn*
    Devon Ahearn (CA307275)
    Trial Attorney
    Jason A. Dunn (VA42730)
    Senior Attorney
    Environmental Enforcement Section
    Environment and Natural Resources Division
    United States Department of Justice
    P.O. Box 7611, Ben Franklin Station
    Washington, D.C. 20044-7611
    Phone (Devon): (202) 514-2717
    Phone (Jason): (202) 514-1111
    Fax: (202) 616-3531
    Email: Devon.Ahearn@usdoj.gov
    Email: Jason.Dunn@usdoj.gov
    *Attorneys for Plaintiff the United States of America*

OF COUNSEL:

Daniel Boehmcke
Assistant Regional Counsel
U.S. EPA Region 3